UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA EDWARD FOSTER,<br><br>    Plaintiff<br><br>    v.<br><br>M. HATCH, et. al., | Case No. 23-cv-05656-PCP<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

The above-captioned pro se civil rights action was filed on November 2, 2023. On that date, the Clerk notified Plaintiff that the action was deficient due to the failure to pay the filing fee, or to complete an *in forma pauperis* application. Dkt. No. 2. Plaintiff was advised that failure to pay the fee or file the application within 28 days would result in dismissal of the action. *See id*.

Plaintiff did not pay the filing fee or file an *in forma pauperis* application. The deadline by which to do so has passed. Accordingly, this federal civil rights action is DISMISSED without prejudice for failure to comply with the Clerk's Notice and for failure to prosecute. *See* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Plaintiff may ask to reopen the action. To do this, he must file a motion with the words MOTION TO REOPEN written on the first page. Plaintiff must file and perfect his IFP application together with any request to reopen this action.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED**.

Dated: March 7, 2024

P. Casey Pitts
United States District Judge